## DARLENE M. MACLINA *v.* RICHARD M. MACLINA
### (AC 28141)

Bishop, Harper and Hennessy, Js.

Submitted on briefs April 23—officially released May 27, 2008

Per Curiam. The judgment is affirmed.

## ROBERT E. HALL *v.* DOUGLAS NEUMAN
### (AC 28570)

Flynn, C. J., and Lavine and Pellegrino, Js.

Argued April 18—officially released May 27, 2008

Per Curiam. The judgment is affirmed.

## KELLY FREELOVE *v.* COMMISSIONER OF MOTOR VEHICLES
### (AC 28686)

Bishop, Gruendel and Beach, Js.

Argued May 1—officially released May 27, 2008

Per Curiam. The judgment is affirmed.